

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00555-CV

**DENVER ENERGY EXPLORATION**, LLC,
Appellant

v.

**INTERNATIONAL SERVICES**, Inc.,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 380,714
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice

Delivered and Filed:  January 8, 2014

DISMISSED

  Appellant filed a motion to dismiss this appeal.  The appellee prepared the motion and filed it with Appellant's permission.

  We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM